Opinion issued January 25, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00150-CR

____________


MARY ELLEN DUBOIS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court 

Harris County, Texas

Trial Court Cause No. 990980






MEMORANDUM OPINION

 On December 12, 2006, appellant filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).